# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| BILAL ABDUL JIHAD, § § Petitioner, § § v. § § WICHITA FALLS POLICE DEP'T, et al., § § Respondents. § | Civil Action No. 7:18-cv-031-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

The civil rights claims that Petitioner included in his habeas petition have been severed from the instant case and are now pending before the Court in a new civil rights action opened pursuant to 42 U.S.C. § 1983.

For the foregoing reasons, the petition for writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED** this **6th day** of **April, 2018**.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**